UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OLENA LAMIGO,

                         Plaintiff,

       -against-

ERIC H. HOLDER, JR., Attorney General of
the United States,
                      Defendant.
------------------------------------------------------------X

NOT FOR PUBLICATION
**ORDER**
11-cv-3099 (CBA)

**AMON, Chief United States District Judge**.

      The parties have agreed that this case has been rendered moot by the termination of Plaintiff's conditional residency status and the commencement of removal proceedings against her. Upon consent of the parties, the Court hereby dismisses the Plaintiff's Complaint.

      The Clerk of Court is directed to enter judgment accordingly and to close this case.

SO ORDERED.

Dated: Brooklyn, N.Y.
       September 28, 2011

                                            /s/
                                     Carol Bagley Amon
                                     Chief United States District Judge