UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OLENA LAMIGO,                                                                    JUDGMENT
                                                                                             11-CV- 3099 (CBA)
        Plaintiff,

 -against-

                  SEP 29 2011

ERIC H. HOLDER, JR., Attorney General of
the United States,

        Defendant.
------------------------------------------------------------X

   An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 28, 2011, ordering the parties have agreed that this case has been rendered moot be the termination of Plaintiff's conditional residency status and the commencement of removal proceedings against her; and directing that upon consent of the parties, the Court hereby dismisses the Plaintiff's Complaint; it is

   ORDERED and ADJUDGED that judgment is hereby entered dismissing the Plaintiff's Complaint.

Dated: Brooklyn, New York
    September 28, 2011
                         s/RCH

                         ROBERT C. HEINEMANN
                         Clerk of Court